Opinion issued May 30, 2002







In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-01-01012-CV

____________


INTERNET WATERWAY, INC., Appellant

V.

ROBERT SILVERS, INDIVIDUALLY AND D/B/A RLS INVESTMENTS, Appellee






On Appeal from the 234th District Court

Harris County, Texas

Trial Court Cause No. 0017735






O P I N I O N

 The Court today considered the joint motion to dismiss appeal with prejudice filed by
appellant, Internet Waterway, Inc. and appellee Robert Silvers, individually and d/b/a RLS
Investments. The motion is granted and this appeal is dismissed. Tex. R. App. P. 42.1(a). 
All pending motions in this appeal are overruled as moot. The Clerk is directed to issue
mandate immediately. Tex. R. App. P. 18.1.

PER CURIAM


Panel consists of Chief Justice Schneider and Justices Hedges and Nuchia. 

Do not publish. Tex. R. App. P. 47.